1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHANCELLOR WADE,                          No.  2:25-cv-1462 DAD CKD P

12                   Petitioner,

13          v.                                   ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION,

16                   Respondent.

17

18          Petitioner seeks leave to file a supplement to his petition for writ of habeas corpus adding

19    claims.  The court does not permit supplemental pleadings.  Good cause appearing, petitioner will

20    be granted leave to file an amended petition containing all of petitioner's claims.[1]

21          Also, petitioner asks the court to take judicial notice of a mental health assessment report.

22    The court does not judicially notice documents.  Instead, the court judicially notices facts which,

23    among other things, are not "subject to reasonable dispute."  Fed. R. Evid. 201.  Because

24    /////

_____

[1]  Petitioner is cautioned that the habeas corpus statute imposes a one-year limitations period for
25    filing non-capital habeas corpus petitions in federal court.  In most cases, the one-year period will
26    start to run on the date the state court judgment became final by the conclusion of direct review or
the expiration of time for seeking direct review, although the statute of limitations is tolled while
27    a properly filed application for state post-conviction or other collateral review is pending.  28
U.S.C. § 2244(d).
28

                                              1

1  petitioner fails to point to any such facts or any particular need for judicial notice, his request for

2  judicial notice will be denied.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1. Petitioner's motion for leave to file a supplemental petition for a writ of habeas corpus

5  (ECF No. 9) is DENIED.

6        2. Petitioner is granted 30 days to file an amended petition for writ of habeas corpus on

7  the form to be provided by the Clerk of the Court.  Petitioner's failure to file an amended petition

8  within 30 days will result in a recommendation that this action be dismissed.

9        3. Petitioner's request for judicial notice (ECF No. 11) is DENIED.

10       4. Respondent need not take any action absent further order.

11       5. The Clerk of the Court is directed to send petitioner the court's form-application for a

12  writ of habeas corpus under 28 U.S.C. § 2254.

13  Dated:  July 17, 2025

14  _____
    CAROLYN K. DELANEY
15  UNITED STATES MAGISTRATE JUDGE

16

17

18  1
    wade1462.sup

19

20

21

22

23

24

25

26

27

28